J. J. MERRILL v. STATE.

No. A-766.    Opinion Filed September 23, 1911.

Appeal from District Court, Okmulgee County; W. L. Barnum, Judge.

J. J. Merrill was convicted of manslaughter, and appeals. Dismissed.

Stanford & Cochran, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  Plaintiff in error was tried for murder, and convicted of manslaughter in the first degree in the district court of Okmulgee county on the 20th day of November, 1909, and his punishment fixed at five years in the state penitentiary. His appeal was filed in this court on the 14th day of May, 1910. It appears that plaintiff in error was paroled on the 10th day of June, 1910. Counsel for plaintiff in error, Stanford & Cochran, have filed the following motion to dismiss: "Now comes the plaintiff in error in the above entitled cause, and moves the court to dismiss the appeal heretofore filed in his behalf." The motion is sustained, and the appeal is dismissed.

---

J. D. WEAVER v. STATE.

No. A-778.    Opinion Filed September 23, 1911.

Appeal from Superior Court, Muskogee County; Farrar L. McCain, Judge.

J. D. Weaver was convicted of violating the prohibitory law, and appeals. Reversed and remanded.

Williams & Williams, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  Plaintiff in error was convicted in the superior court of Muskogee county for the crime of selling intoxicating liquor, and was sentenced to serve sixty days in the county jail and pay a fine of two hundred dollars. A trial was had before a jury composed of only six men. The record does not show that the defendant waived his right to a trial by a jury of twelve men. Under the authority of Hill v. State, 3 Okla. Cr. 686, 109 Pac. 291; Schafer v. State, 5 Okla. Cr. 598, 115 Pac. 379; Dalton v. State, infra, 116 Pac. 954, the judgment will be reversed, and the cause remanded to the superior court of Muskogee county, with direction to grant a new trial.